UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CAROLE MADDEN, SHERRI HARRIS, TERESA
S. HANEY, GRACE E. MADDEN, GREGORY
VANMEENEN and JOHN KEISER, individually
and on behalf of others similarly situated,
                          Plaintiffs,

-vs-                                                              Case No. 2:09-cv-693-FtM-36SPC

CAPE CORAL BINGO, INC., a Florida profit
corporation; LEE COUNTY DETACHMENT
MARINE CORP. LEAGUE, INC., a non profit
corporation, JAMES P. ZARB, individually, and
LLOYD L. LATHROP, JR., individually,
                          Defendants.
_____

## ORDER

This matter comes before the Court *sua sponte*. On April 12, 2010, the parties submitted a Joint Motion for In Camera Review of Confidential Settlement Agreement. The parties move the Court for *in camera* review of the settlement agreement. The Court finds the request is reasonable and will allow the Joint Motion for In Camera Review of Confidential Settlement Agreement and For Approval to be filed under seal as outlined below. Accordingly, it is now

**ORDERED:**

The Joint Motion for In Camera Review of Confidential Settlement Agreement and For Approval is permitted to be filed under seal and review of the Settlement Agreement will be *in camera*. The Clerk is directed to accept the Motion and settlement documents and file under seal.

**DONE AND ORDERED** at Fort Myers, Florida, this ___21st___ day of April, 2010.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record