UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CAROLE MADDEN, SHERRI HARRIS, TERESA
S. HANEY, GRACE E. MADDEN, GREGORY
VANMEENEN and JOHN KEISER, individually
and on behalf of others similarly situated,
                                         Plaintiffs,

-vs-                                                                                 Case No. 2:09-cv-693-FtM-36SPC

CAPE CORAL BINGO, INC., a Florida profit
corporation; LEE COUNTY DETACHMENT
MARINE CORP. LEAGUE, INC., a non profit
corporation, JAMES P. ZARB, individually, and
LLOYD L. LATHROP, JR., individually,
                                         Defendants.
_____

# REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

This matter comes before the Court on the Joint Motion for *In Camera* Review of Confidential Settlement Agreement and For Approval of Proposed Settlement filed on April 12, 2010. The parties filed the Joint Motion indicating a settlement has been reached regarding the Plaintiff's claims. The Motion indicated the parties agreed to the confidentiality terms of the settlement and wish to have these terms remain confidential. The Motion and Settlement Agreement has been presented to the Court, and the Court will review the Settlement *in camera*.

This case was brought under the Fair Labor Standards Act (FLSA) 29 U.S.C. § 201 *et. seq.* The Parties have reached a settlement agreement and seek court approval of that agreement. In Lynn's Food Stores, Inc. v. United States, 679 F.2d 1350, 1352-1355 (11th Cir. 1982), the Eleventh Circuit explained that claims for back wages under the FLSA may only be settled or compromised

when the Department of Labor supervises the payment of back wages or when the district court enters a stipulated judgment "after scrutinizing the settlement for fairness."

In the Joint Motion for Approval of Settlement Agreement, the Parties provide that a settlement of a bona fide good faith dispute was negotiated and is deemed fair and reasonable. Further ,the parties settled the issue of attorney's fees independent of the Plaintiff's claim and in seriatim, consistent with <u>Bonetti</u>. The Court, having thoroughly reviewed the settlement documentation, concludes that the settlement is a fair and reasonable resolution of a bona fide dispute over the FLSA.

Accordingly, it is now

**RECOMMENDED:**

The Joint Motion for *In Camera* Review of Confidential Settlement Agreement and For Approval of Proposed Settlement should be **GRANTED** and the settlement agreement should be **APPROVED** by the District Court. It is further respectfully recommended the case should be **DISMISSED with Prejudice** pursuant to the agreement of the Parties and the Clerk should be directed to close the file.

Failure to file written objections to the proposed findings and recommendations contained in this report within fourteen (14) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

**Respectfully recommended** at Fort Myers, Florida, this ___21st___ day of April, 2010.

*[signature: Sheri Polster Chappell]*
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record