UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

CAROLE MADDEN, SHERRI HARRIS, TERESA
S. HANEY, GRACE E. MADDEN, GREGORY
VANMEENEN and JOHN KEISER, individually
and on behalf of others similarly situated,

    Plaintiffs,

v.                                                               CASE NO. 2:09-CV-693-FtM-36SPC

CAPE CORAL BINGO, INC., a Florida profit
corporation; LEE COUNTY DETACHMENT
MARINE CORP. LEAGUE, INC., a non profit
corporation, JAMES P. ZARB, individually, and
LLOYD L. LATHROP, JR., individually,

    Defendants.
_____/

## ORDER

**THIS CAUSE** came on for consideration upon the Report and Recommendation entered by United States Magistrate Judge Sheri Polster Chappell on April 21, 2010 (Dkt. 40) recommending that the Court grant the Joint Motion for *In Camera* Review of Confidential Settlement Agreement and For Approval of Proposed Settlement filed on April 21, 2010. The Court notes that neither party filed written objections to the Report and Recommendation, and the time for filing such objections has expired.

After careful consideration of the Report and Recommendation of the Magistrate Judge in conjunction with an independent examination of the Confidential Settlement Agreement, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved. The Court is satisfied that the Settlement reached between the parties is

a "fair and reasonable resolution of a bona fide dispute" of the claims raised pursuant to the Fair Labor Standards Act. *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1355 (11th Cir.1982); 29 U.S.C. § 216.

**ACCORDINGLY**, it is hereby, **ORDERED AND ADJUDGED** as follows:

1) The Report and Recommendation of the Magistrate Judge (Dkt. 40) is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2) The Joint Motion for *In Camera* Review of Confidential Settlement Agreement and For Approval of Proposed Settlement filed on April 21, 2010 is **GRANTED**. The Confidential Settlement Agreement is **APPROVED** as it reflects a fair and reasonable resolution of a bona fide dispute.

3) The Clerk is directed to dismiss this action, with prejudice, as to Defendants Cape Coral Bingo, Inc., Lee County Detachment Marine Corp. League, Inc., and Lloyd L. Lathrop, Jr.

4) The clerk is also directed to terminate any pending motions/deadlines, enter judgment accordingly, and **CLOSE** this case.

**DONE AND ORDERED** at Ft. Myers, Florida, on May 7, 2010.

Charlene Edwards Honeywell
United States District Judge

**COPIES TO**:
UNITED STATES MAGISTRATE JUDGE SHERI P. CHAPPELL
COUNSEL OF RECORD